IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAKED FISH HOLDINGS, L.L.C., a New Jersey Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA; <br> Defendants, | Civil No. 07-cv-6079 <br><br> CLOSED |

## FINAL JUDGMENT BY CONSENT TO QUIET TITLE

This matter having been opened to the Court by Adam D. Greenberg, Esquire, Honig & Greenberg, L.L.C., attorneys for Plaintiff, Baked Fish Holdings, L.L.C., and John Silbermann, Esquire, Assistant United States Attorney, Attorney for Defendant, United States of America, and the parties having consented to the form and entry of this Order, and good cause being shown,

It is on this 13th day of May, 2008, ORDERED and ADJUDGED as follows:

1. The real property that is the subject of this complaint is identified as Block 4076, Lot 111, in the City of Newark, County of Essex, State of New Jersey, more commonly as 39-41 Unity Street, City of Newark, County of Essex, New Jersey.

2. Plaintiff is in peaceable possession of the aforementioned lands and premises described in the Complaint and is entitled to maintain this action to settle the title and clear up any and all doubts and disputes regarding same.

-1-

3. The United States of America is joined in this action because The Secretary of Housing & Urban Development is the grantee in a certain Sheriff's Deed recorded with the Clerk of Essex County in Deed Book 6182 Page 325.

4. The aforementioned Sheriff's Deed was recorded after the filing of a notice of lis pendens in connection with a tax foreclosure in the matter of Baked Fish Holdings, L.L.C. as Assignee of M.D. Sass Municipal Finance Partners II, L.P. v. Laquan Dent, Docket Number F-12850-04, in which matter Final Judgment was entered by the Honorable Neil H. Shuster, P.J.Ch., on January 17, 2006.

5. Given that the Sheriff's Deed was recorded after the recording of Plaintiff's lis pendens in the foreclosure proceeding, the United States of America is bound by the outcome of the foreclosure proceeding as if joined as a defendant therein.

6. As to all of the lands described in the Complaint, so far as relates to any claim therein by, through, or on behalf of defendant United States of America, the title of the Plaintiff, in and to said lands and premises is hereby determined, fixed, and declared to be good.

7. Defendant United States of America is determined to have no right, title, or interest in, nor encumbrance upon the lands described herein nor any part thereof.

8. As against the United States of America, Plaintiff is determined to be the sole and lawful owner of the lands described herein.

9. The Clerk of the District Court shall affix the raised seal of the Court certifying this Judgment to be a true copy and this Judgment shall be recorded with the Clerk of Essex County in the Deed Book;

---

Honorable Joseph A. Greenaway, Jr.
United States District Judge

I/we consent to the form and entry of this Judgment.

/s/ Adam D. Greenberg
HONIG & GREENBERG, L.L.C.
By: Adam D. Greenberg, Esq. (AG7719)
One Echelon Plaza
227 Laurel Road
Suite 100
Voorhees, N.J. 08043-8303
Attorneys for Plaintiff
Baked Fish Holdings, L.L.C., a New Jersey Limited Liability Company

5/9/08

/s/ John Silbermann, Esquire
John Silbermann, Esquire
Assistant United States Attorney
Office of the United States Attorney
970 Broad Street
Newark, New Jersey 07102